IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Elmore Jr, Otis

Printed: 2/26/08

Case Number: 07 B 14709
Judge: Squires, John H
Filed: 8/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: January 16, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 2,798.05 |  |
| Secured: |  | 400.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,246.95 |
| Trustee Fee: |  | 151.10 |
| Other Funds: |  | 0.00 |
| Totals: | 2,798.05 | 2,798.05 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,464.00 | 2,246.95 |
| 2. | Ocwen Federal Bank FSB | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 3,274.00 | 0.00 |
| 4. | Drive Financial Services | Secured | 19,482.77 | 400.00 |
| 5. | Ocwen Federal Bank FSB | Secured | 13,704.78 | 0.00 |
| 6. | Indiana Secondary Market | Unsecured | 2,451.74 | 0.00 |
| 7. | Asset Acceptance | Unsecured | 59.16 | 0.00 |
| 8. | American Revenue Corp Inc | Unsecured | 58.80 | 0.00 |
| 9. | Amer Revenue | Unsecured |  | No Claim Filed |
| 10. | Credit Management Co. | Unsecured |  | No Claim Filed |
| 11. | NCO Financial Systems | Unsecured |  | No Claim Filed |
|  |  |  | $ 42,495.25 | $ 2,646.95 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 151.10 |
|  | $ 151.10 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Elmore Jr, Otis

Printed:  2/26/08

Case Number:  07 B 14709
Judge:  Squires, John H
Filed:  8/14/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

